UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>FOUR (4) FIREARMS, ONE (1) SILENCENR, and APPROXIMATELY 1366 ROUNDS OF ASSORTED AMMUNITION,<br><br>　　　Defendants. | NO. 2:15-cv-00096-SAB<br><br>**ORDER GRANTING MOTION FOR ENTRY OF THE FINAL ORDER OF FORFEITURE** |

　　　Before the Court is the United States' Motion for Entry of the Final Order of Forfeiture, ECF No. 19, and the Stipulation for Order of Forfeiture, ECF No. 18. On April 8, 2015, the United State alleged in a verified complaint for forfeiture *in rem* that certain property is subject to forfeiture under 18 U.S.C. § 924. ECF No. 1.

　　　The Court maintains jurisdiction through 28 U.S.C. §§ 1345 & 1355, and venue through 28 U.S.C. § 1395. By stipulation of the parties, the following property is forfeited by Defendant:

　　1. A Ruger 22/45 Lite Pistol, CAL:22, SN:390-33583; and
　　2. A Remington Arms Company, Inc. 597 Rifle, CAL:22, SN C2741628.

　　　After the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") executed an arrest warrant *in rem* on August 5, 2015, ECF No. 10, the United States posted notice of Civil Forfeiture Action on its official government website,

**ORDER GRANTING MOTION FOR ENTRY OF THE FINAL . . . ^ 1**

from April 11, 2015 through May 10, 2015, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. ECF Nos. 5, 5-1 & 5-2. The claim period expired on June 10, 2015. No claims have been received. No claimants exist beside Burk Aaron Thomas, claimant herein and defendant in the related case, *United States v. Burk Aaron Thomas*, 2:14-cr-156-WFN; therefore the United States did not provide direct notice of the forfeiture action.

Through the above-referenced stipulation, ECF No. 18, the United States will no longer seek forfeiture of the remaining Defendant property listed below, and ATF will return these items to a third party:

2) a Smith & Wesson M&P 40 Shield Pistol, CAL:40, SN:HPV5261;

4) a Springfield Armory, Geneseo, IL., unknown pistol, CAL:9, SN:MG813742;

5) Advanced Armament Corp. Lawrenceville, GA, Element 2 Silencer, CAL:22 SN:EL 03793;

6) 11 Rounds Federal Ammunition CAL:22;

7) 20 Rounds Federal Ammunition, CAL: 9;

8) 577 Rounds Assorted Ammunition, CAL: Unknown;

9) 35 Rounds Assorted Ammunition, CAL: Unknown;

10 450 Rounds Remington Ammunition, CAL: 22;

11) 271 Rounds Assorted Ammunition, CAL: 308; and,

12) 2 Rounds Assorted Ammunition CAL: Unknown.

The Court finds that no timely claims have been made to the Defendant property.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Government's Motion for Entry of the Final Order of Forfeiture, ECF No. 19, is **GRANTED**.

2. The Stipulation for Order of Forfeiture, ECF No. 18, is **GRANTED.**

//

**ORDER GRANTING MOTION FOR ENTRY OF THE FINAL . . . ^ 2**

3. Defendant property (1) a Ruger 22/45 Lite Pistol, CAL:22, SN:390-33583, and (3) a Remington Arms Company, Inc. 597 Rifle, CAL:22, SN:C2741628, are hereby forfeited to the United States of America, and no right, title, or interest shall exist in any other person. ATF will return the non-forfeited Defendant property to a third party. The United States shall dispose of the forfeited property in accordance with the law.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 11th day of January, 2016.



                Stanley A. Bastian
              United States District Judge

**ORDER GRANTING MOTION FOR ENTRY OF THE FINAL . . . ^ 3**